UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
HAIMING HU, Individually and On Behalf of     )
All Others Similarly Situated,                )
                                              )
        Plaintiff                     )
                                              )
  vs.                                         )   Case No. 04-10346-DPW
                                              )
SONUS NETWORKS, INC., HASSAN AHMED, PH.D.     )
and STEPHEN NILL,                             )
                                              )
        Defendants.                   )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

        Respectfully Submitted,

        SONUS NETWORKS, INC.

        By its attorneys,

        /s/ Gregory F. Noonan_____
        Jeffrey B. Rudman (BBO #433380)
        James W. Prendergast (BBO #553073)
        Daniel W. Halston (BBO #548692)
        Gregory F. Noonan (BBO #651035)
        Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

   I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Evan J. Smith, Esq. |
| Theodore M. Hess-Mahan | Brodsky & Smith, LLC |
| Shapiro Haber & Urmy LLP | Two Bala Plaza, Suite 602 |
| 75 State Street | Bala Cynwyd, PA 19004 |
| Boston, MA 02109 | |

                                          /s/ Gregory F. Noonan_____
                                          Gregory F. Noonan

Dated:  April 15, 2004